# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BUHLER VERSATILE INC.,** | : | Civil No. 1:17-CV-00217 |
| **Plaintiff** | : | (Magistrate Judge Carlson) |
| v. | : | |
| **GVM, INC.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 19th day of December 2018, it having been reported to the Court that this case has been amicably resolved by the parties, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge